IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT C. YON,

    Petitioner,

v.                                          CASE NO. 5:08-cv-372-SPM-AK

WALTER MCNEIL,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the Court on Petitioner's petition for writ of habeas corpus. Doc. 1. He has paid the filing fee. Petitioner attacks his 1996 conviction from the Circuit Court of Calhoun County, Florida. On this occasion, he claims actual innocence.

The instant petition an unauthorized second or successive petition. In *Yon v. Moore*, Cause No. 5:01CV92-SPM/MD (N.D. Fla.), Petitioner attacked the same conviction now at hand. That petition was dismissed, and a certificate of appealability was denied.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not properly before this Court for consideration.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of

habeas corpus, Doc. 1, be **SUMMARILY DISMISSED AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION**.

**IN CHAMBERS** at Gainesville, Florida, this  *20th*  day of April, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.