IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT C. YON,

    Petitioner,

vs.                                      CASE NO. 5:08cv372-SPM/AK

WALTER MCNEIL,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 4). Petitioner was furnished a copy and has filed an objection (doc. 6). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted by the Court.

The denial of Petitioner's earlier 2254 petition (case number 5:01cv92-SPM/MD) on grounds of procedural default constitutes a disposition on the merits and makes the instant petition a second or successive petition. Henderson v. Lampert, 396 F.3d 1049, 1053 (9th Cir. 2005); Turner v. Artuz, 262 F.3d 118, 123 (2d Cir. 2001). Therefore, Petitioner must seek permission from the Eleventh Circuit Court of Appeals before filing a second or successive petition  28 U.S.C. § 2244(b)(3)(A). Nothing in Petitioner's objection explains why this statutory

requirement does not apply to him.  Petitioner generally refers to an exemption to this requirement that he feels is applicable, but he cites only to the applicable statute, not to an exemption to that statute.   Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc.  4) is *adopted* and incorporated by reference into this order.

2. Pursuant to 28 U.S.C. § 2244(b)(3)(A), Petitioner's § 2254 petition (doc. 1) is *dismissed without prejudice* to Petitioner's opportunity to refile his petition if, and only if, he is granted permission from the Eleventh Circuit Court of Appeals to do so.

DONE AND ORDERED this fourth day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge