# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBERT C. YON

      Petitioner,

vs.                                   CASE NO. 5:08-cv-372-SPM/AK

WALTER MCNEIL,

      Respondent.

_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

This cause comes before the Court on Petitioner's Motion for Certificate of Appealability (doc. 19). A Petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the Petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

All of the grounds for the decision to dismiss the petition for writ of habeas corpus were fully explored and resolved in the Magistrate Judge's Report and Recommendation (doc. 4) and Order Adopting Report and Recommendation (doc. 7). Petitioner's most recent petition for writ of habeas corpus was

dismissed because it was a second or successive habeas petition. That Petitioner is foreclosed from bringing a second or successive habeas petition without permission from the Eleventh Circuit Court of Appeals is not a matter regarding which reasonable jurists could differ. After careful consideration, it is the Court's conclusion that Petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly, it is hereby ORDERED AND ADJUDGED that Petitioner's Motion (doc. 19) is **denied**.

DONE AND ORDERED this <u>tenth</u> day of September, 2009.

<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
Chief United States District Judge